NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TARA DENNINGTON,**

*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**

*Respondent-Appellee*

---

2024-1214

---

Appeal from the United States Court of Federal Claims in No. 1:18-vv-01303-ZNS, Judge Zachary N. Somers.

---

### **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                          DENNINGTON V. HHS

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>March 25, 2024</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 25, 2024